# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Nascent Wine Company, Inc.; International Food Service Specialists, Inc.

V.

Eco Pak Distributing, LLC; One Seven Props Inc.; Alejandro Gutierrez Pederzini; Leticia Gutierrez Pederzini; Pasani, S.A. De C.V.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv1349-JM-BGS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In light of the presumptive validity of the forum selection provision, Bremen, 407 U.S.12, and Plaintiffs' failure to state a claim for fraud in the inducement, the Court grants the Motion to Dismiss for improper venue. Pursuant to the parties' agreement, the only proper venue to bring Plaintiffs' claims is in the courts of Mexico, Distrito Federal. The motion for change of venue is granted. The Clerk of Court is instructed to close the file.

| March 9, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON March 9, 2011